**IN THE**
**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**

BRANCH AVENUE AUTO AUCTION, LLC,   \*
ET AL.

          *Plaintiffs,*           \*

         v.                \*    No.

                                       \*

MARYLAND VEHICLE ADMINISTRATION
- GLEN BURNIE,                    \*

          *Defendant.*

      \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

## NOTICE OF REMOVAL

Defendant, Motor Vehicle Administration ("MVA"), named in Plaintiff's Complaint as "Maryland Vehicle Administration – Glen Burnie," by its undersigned counsel, pursuant to Title 28 U.S.C. §§ 1441 and 1446, and Local Rule 103.5 of the United States District Court for the District of Maryland, hereby removes this action from the Circuit Court for Prince George's County, Maryland to the United States District Court for the District of Maryland, and, for reasons, states:

1.      The Complaint governing this action was filed in the Circuit Court for Prince George's County on December 29, 2024.

2.      The Complaint, brought under the auspices of State and Federal law, sets forth causes of action for Violation of Md. Code § 20-602/Discrimination Based on Race (Count I); Violation of Md. Code § 3-803 (Harassment) (Count II); Tortious Interference with Contract (Count III); Business Defamation (Count IV); Gross Negligence (Count

1

V); Violation of Fifth Amendment Takings Clause (Count VI); Violation of Fourteenth Amendment Equal Protection Clause (Count VII); and Violation of U.S. Const. Art. I, § 10 cl. 1 (Contracts Clause) (Count VIII).

3.    Because Counts VI, VII and VIII allege causes of action against Defendant MVA under a federal statute and/or the federal Constitution, the United States District Court has original jurisdiction over that count in that it purports to state a claim arising "under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331.

4.    In addition, pursuant to 28 U.S.C. § 1367, the United States District Court, in its discretion, may exercise supplemental jurisdiction over the state law causes of action in the Complaint, Counts I-V.

5.    Writs of summons were issued for Defendants on December 30, 2024.

6.    Defendant MVA was served pursuant to the Maryland Tort Claims Act, Md. Code Ann., State Gov't, § 12-108(a) on January 9, 2025 and the Complaint served on the served on the Maryland Attorney General, pursuant to the Maryland Rules, on January 14, 2025.

7.    Thus, Defendant MVA is filing this Notice of Removal "within thirty (30) days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based..." 28 U.S.C. § 1446(b).

8.      Pursuant to Local Rule 103.5, Defendant MVA is filing with this Notice of Removal in the United States District court true and legible copies of all process, pleadings, papers and orders which have been served upon the Maryland State Treasure and Attorney General. Exhibit 1.

9.      Concurrent with the filing of this Notice of Removal, Defendant MVA, pursuant to 28 U.S.C. § 1446(c)(5) has provided written notice of removal to Plaintiff (through counsel) and has filed a copy of this Notice with the Clerk of the Circuit Court for Prince George's County, thereby effecting the removal of this action, and alerting the State court that it shall proceed no further unless and until the case is remanded. *See* Exhibit 2.

10.     Defendant, MVA is the only Defendant in this action.

Wherefore, the Defendant notifies all Courts and Parties that this action has been removed to the United States District Court for the District of Maryland and that no further proceedings shall be had in the Circuit Court for Prince George's County.

Respectfully submitted,

ANTHONY G. BROWN
Attorney General of Maryland

/s/ Leight D. Collins
_____

LEIGHT D. COLLINS
Federal Bar No. 06659
Assistant Attorney General
Office of the Attorney General
Motor Vehicle Administration
6601 Ritchie Highway, N.E.
Glen Burnie, Maryland 21062
(410) 768-7414
(410) 582-5019 (facsimile)
lcollins@oag.state.md.us

/s/ Dore J. Lebowitz
_____

DORE J. LEBOWITZ
Federal Bar No. 06533
Assistant Attorney General
Office of Attorney General
Motor Vehicle Administration
6601 Ritchie Highway, N.E.
Glen Burnie, Maryland 21062
(410) 768-7414
(410) 582-5019 (facsimile)
dlebowitz@oag.state.md.us

February 7, 2025

*Attorneys for Motor Vehicle
Administration*

4

## CERTIFICATE OF SERVICE

I certify that, on this      7th      day of February 2025 the foregoing was served by CM/ECF on all registered CMF users and by email and by FedEx mail on the following:

> Pamela McLean, Esquire
> Counsel for Plaintiff
> McLean Legal Group
> 1629 K Street, N.W., Suite 300
> Washington, D.C. 20006

/s/  Leight D. Collins

_____

Leight D. Collins